*Tuesday, April 3, 2001*

## DISCIPLINARY DOCKET

**99–1573. Akron Bar Assn. v. Meyer.**

On December 15, 1999, this court suspended respondent for a period of two years with the second year to be stayed and respondent to be monitored by relator and the Ohio Lawyers Assistance Program. On December 18, 2000, relator filed a motion for an order to show cause. On February 12, 2001, the court granted the motion and ordered respondent to show cause why he should not be found in contempt for failure to obey the court's December 15, 1999 order. On February 27, 2001, respondent filed a response to the show cause order. Upon consideration thereof,

IT IS ORDERED that the motion be, and it hereby is, dismissed.

COOK, J., would deny the motion.

*Wednesday, April 4, 2001*

## MERIT DOCKET

**01–126. State ex rel. Koppert v. Ohio Dept. of Natural Resources.**

In Mandamus. On relator's motion for leave to amend petition. The motion is granted.

Upon consideration of relator's amended petition, it is hereby ordered that the cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–308. State ex rel. Bivens v. State Personnel Bd. of Review.**

In Mandamus. On motion to dismiss for failure to state a claim by State Personnel Board of Review, motion to dismiss for relator's failure to state a claim by Ohio Department of Commerce and Ohio Department of Administrative Services, and amended request for oral argument. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.